

Case 06-22984    Filed 04/27/07    Doc 78

FILED

APR 27 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                )    Case No. 06-22984-C-7
                                     )
ARCHIE T. FLEMONS                    )    MC No. ASW-1
                                     )
        Debtor.                      )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY NOT INTENDED FOR
PUBLICATION**

These findings of fact and conclusions of law, which are not intended for publication, are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014.

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334.  This is a core proceeding.  28 U.S.C. § 157(b)(2)(G).

<u>Findings of Fact</u>

Debtor filed his voluntary chapter 7 petition on August 8, 2006.  He scheduled real property commonly known as 12701

Rimfire Drive, Wilton, CA 95693 ("property") as property of the estate.  The first meeting of creditors was held on September 5, 2006.  The chapter 7 trustee, Susan K. Smith ("trustee"), filed a report finding that there is property available for distribution from the estate over and above that exempted by the debtors.  Debtor was discharged from all dischargeable debts on November 17, 2006.

On January 4, 2007, Select Portfolio Servicing, Inc. ("movant") filed a motion, notice, and declaration requesting that this court vacate the automatic stay to permit movant to foreclose upon the property.  The fair market value of the property is approximately $900,000.00.  Movant has a lien on the property in the approximate amount of $828,171.78.  There is no evidence of any other liens against the property.

On January 23, 2007, the trustee filed an opposition to the motion due to a possible sale of the property set to occur the following week.  Hearing on the motion occurred on February 6, 2007, in which the court was informed that the pending sale failed to occur.

On April 3, 2007, the trustee withdrew her opposition filed on January 23, 2007 to the motion.

Upon review of the record, the court determined that the written record was adequate and that no oral argument is necessary.

## Conclusions of Law

The automatic stay of acts against debtor <u>in personam</u> expires when the debtor is granted a discharge.  11 U.S.C.

§ 362(c)(2)(C). Acts against property of the estate remain stayed until the earliest of the time when the bankruptcy case is closed, dismissed, or the property ceases to be property of the estate. 11 U.S.C. § 362(c). The automatic stay may be terminated earlier if debtor fails to protect the secured party's interest adequately, § 362(d)(1), and, with respect to a stay of an act against property, debtor does not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization. 11 U.S.C. § 362(d)(2)(B). The issue of whether the property is necessary to an effective reorganization is not considered in a chapter 7 case because no reorganization is contemplated in a chapter 7 case.

Although the debtor appears to have equity in the property, since the debtor was granted a discharge, the automatic stay has expired as to the debtor. Thus, the motion insofar as it is directed at the interest of the debtor is moot and will be denied.

However, the motion will be granted as to the interest of the trustee.

An appropriate order will issue.

Dated: April 27, 2007

_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

Archie T. Flemons, Jr.
15460 Feathery Court
Rancho Murieta, CA 95683

Brian L. Coggins
9001 Foothills Blvd., #110
Roseville, CA 95747

Alan Steven Wolf
Daniel K. Fujimoto
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606

Susan K. Smith
7485 Rush River Dr., #710-PMB 218
Sacramento, CA 95831

Wendy Dezzani
1545 River Park Dr., #550
Sacramento, CA 95815-4615

Office of the United States Trustee
United States Courthouse
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Dated: 4-30-07

*Wendy Locke*
Deputy Clerk